UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:

EDITH WHEELER

               Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 10-22547-rdd
(Chapter 13)

Assigned to:
Hon. ROBERT D. DRAIN
Bankruptcy Judge

       PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of CHASE- SAN DIEGO, Secured Creditor, in the within proceeding.

       Please send copies of all Notices and of all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:   March 26, 2010
             Buffalo, New York

                                      Yours, etc.
                                      STEVEN J. BAUM, P.C.
                                      Attorneys for Secured Creditor
                                      CHASE- SAN DIEGO

                                      By:   _____
                                      Ehret A. Van Horn, Esq.
                                      Office and Post Address:
                                      220 Northpointe Parkway, Suite G
                                      Amherst, NY 14228
                                      Telephone 716-204-2400

TO:
   CLERK, UNITED STATES BANKRUPTCY COURT
   SOUTHERN DISTRICT OF NEW YORK
   300 Quarropas Street
   White Plains, NY 10601

   JOSHUA N. BLEICHMAN, ESQ.   Attorney for Debtor
   Bleichman & Klein
   268 Route 59
   Spring Valley, NY10977

   JEFFREY L. SAPIR, ESQ.       Chapter 13 Trustee
   399 Knollwood Road
   Suite 102
   White Plains, NY 10603