UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In Re:

EDITH WHEELER

                        Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 10-22547-dd
(Chapter 13)

Assigned to:
Hon. ROBERT D. DRAIN
Bankruptcy Judge

        PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of PNC Mortgage, Secured Creditor, in the within proceeding.

        Please send copies of all Notices and of all papers filed in the case to the undersigned.  Further, please add our firm to the mailing matrix.

DATED:    March 30, 2010
                Buffalo, New York

                                        Yours, etc.
                                        STEVEN J. BAUM, P.C.
                                        Attorneys for Secured Creditor
                                        PNC Mortgage
                                                /s/Ehret A. VanHorn

                                        By:    _____
                                                Ehret A. Van Horn, Esq.
                                                Office and Post Address:
                                                220 Northpointe Parkway, Suite G
                                                Amherst, NY 14228
                                                Telephone 716-204-2400

TO:
    CLERK, UNITED STATES BANKRUPTCY COURT
    SOUTHERN DISTRICT OF NEW YORK
    300 Quarropas Street
    White Plains, NY 10601

    JOSHUA N. BLEICHMAN, ESQ    Attorney for Debtor
    268 Route 59
    Spring Valley, NY10977

    JEFFREY L. SAPIR, ESQ.        Chapter 13 Trustee
    399 Knollwood Road
    Suite 102
    White Plains, NY 10603