# BLEICHMAN & KLEIN

## ATTORNEYS AND COUNSELORS AT LAW

| | |
|---|---|
| 268 Route 59 West | 113 Cedarhill Ave. |
| Spring Valley, N.Y. 10977 | Mahwah, N.J. 07430 |
| Office (845)425-2510 | Office 201-529-3411 |
| Joshua N. Bleichman, Esq. | Shmuel Klein, Esq. |
| New York & Federal Courts | New Jersey & Federal Courts |

_____

April 8, 2011

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

Re: Case # 10-22547  Wheeler

Dear Honorable Judge Drain,

Please accept this letter as a request to adjourn Hearing on Motion to reclassify Claims of the scheduled for 4/27/2100 for the above referenced debtor. Due to religious observance the Debtors attorney will be unable to attend Court on that day. Please adjourn the hearing to May 25, 2011 at 10:00.

If you should need anything further or have any questions do not hesitate to contact our office.

Thank you.

Sincerely,


/s/ Joshua N. Bleichman
Joshua N. Bleichman